**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEFFREY J. BROWN,

    Petitioner,

v.                                                               Case No. 09-10852

BLAINE LAFLER,

    Respondent.

                                                /

**AMENDED JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus and Declining to Issue Certificate of Appealability"[1] dated December 14, 2010,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Blaine Lafler and against Petitioner Jeffrey J. Brown. Dated at Detroit, Michigan, this 22d day of December 2010.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT

                                                             S/ Lisa Wagner
                                                    By: Lisa Wagner, Case Manager
                                                      to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-10852.BROWN.Amended.Judgment.wpd

---

[1] On December 14, 2010, the court entered an order erroneously referencing an "Order Adopting Magistrate Judge's Report and Recommendation," which judgment this amended judgment replaces. No magistrate judge's report and recommendation exists in this case.